IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD MCGILL,<br>   Plaintiff,<br><br>v.<br><br>POLICE OFFICER THOMAS<br>LICIARDELLO, *individually and in*<br>*his official capacity*, **et al.**,<br>   Defendants. | :<br>:<br>:<br>:  Civ. No. 12-5690<br>:  and all related cases<br>:<br>:<br>:<br>:<br>: |

FILED
MAR 06 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

On February 28, 2014, I stayed the remaining deadlines in my Amended Scheduling Order for the above-captioned cases. **AND NOW**, this 5th day of March, 2014, it is hereby **ORDERED** that the above-captioned cases be placed in suspense pending further order of the Court.

                IT IS SO ORDERED.

                */s/ Paul S. Diamond*

                **PAUL S. DIAMOND, J.**

| |
|---|
| 2:11-cv-04471-PBT<br>**CAROBINE v. CITY OF PHILADELPHIA et al** |
| 2:12-cv-05690-PD<br>**MCGILL v. LICIARDELLO et al** |
| 2:13-cv-00575-RBS<br>**BARKSDALE et al v. LICIARDELLO et al** |
| 2:13-cv-00705-SD<br>**TIEN v. THE CITY OF PHILADELPHIA et al** |
| 2:13-cv-00706-JHS<br>**PAGANO v. THE CITY OF PHILADELPHIA et al** |
| 2:13-cv-00730-RBS<br>**MYERS v. LICIARDELLO et al** |
| 2:13-cv-01430-JS<br>**RODRIQUEZ v. CITY OF PHILADELPHIA et al** |
| 2:13-cv-01431-RBS<br>**GARCIA v. CITY OF PHILADELPHIA et al** |
| 2:13-cv-01471-JCJ<br>**LAYRE et al v. CITY OF PHILADELPHIA et al** |
| 2:13-cv-01765-TJS<br>**MCINTYRE et al v. CITY OF PHILADELPHIA et al** |
| 2:13-cv-01904-MAM<br>**SHEBEST v. CITY OF PHILADELPHIA et al** |
| 2:13-cv-02417-GP<br>**CRUMPTON v. CITY OF PHILADELPHIA et al** |
| 2:13-cv-02541-PD<br>**SCOTT v. CITY OF PHILADELPHIA LAW DEPARTMENT et al** |
| 2:13-cv-02773-JCJ<br>**MCINTYRE v. LICIARDELLO et al** |
| 2:13-cv-03122-RK<br>**TIMER v. CITY OF PHILADELPHIA et al** |
| 2:13-cv-03583-JCJ<br>**BASARA v. CITY OF PHILADELPHIA et al** |
| 2:13-cv-03873-GP<br>**KNIGHTEN et al v. CITY OF PHILADELPHIA et al** |
| 2:13-cv-04152-LS<br>**GEORGE v. CITY AND COUNTY OF PHILADELPHIA et al** |

| |
|---|
| 2:13-cv-04346-LDD<br>**ELLIOTT v. CITY OF PHILADELPHIA et al** |
| 2:13-cv-04357-PD<br>**SARSON v. CITY OF PHILADELPHIA et al** |
| 2:13-cv-04480-PD<br>**LEWIS v. CORBO et al** |
| 2:13-cv-04594-CMR<br>**GRILLI v. CITY OF PHILADELPHIA et al** |
| 2:13-cv-04772-CDJ<br>**CIRIGLIANO v. LICIARDELLO et al** |
| 2:13-cv-04876-TJS<br>**ADAMS v. CITY OF PHILADELPHIA et al** |
| 2:13-cv-05128-PD<br>**GILLIAM v. CITY OF PHILADELPHIA et al** |
| 2:13-cv-05628-LDD<br>**MONTELEONE et al v. THE CITY OF PHILADELPHIA et al** |
| 2:13-cv-05650-CDJ<br>**DELGADO et al v. CITY OF PHILADELPHIA et al** |
| 2:13-cv-05713-PD<br>**FREEMAN v. CITY OF PHILADELPHIA LAW DEPARTMENT et al** |
| 2:13-cv-05714-PD<br>**DANZLER v. LICIARDELLO et al** |
| 2:13-cv-05715-PD<br>**BOYER et al v. LICIARDELLO et al** |
| 2:13-cv-05716-PD<br>**CHEVERE v. CITY OF PHILADELPHIA LAW DEPARTMENT et al** |
| 2:13-cv-05717-PD<br>**COIA v. CITY OF PHILADELPHIA LAW DEPARTMENT et al** |
| 2:13-cv-05730-AB<br>**PARISSE et al v. THE CITY OF PHILADELPHIA et al** |
| 2:13-cv-05731-CDJ<br>**AL-KERNI v. THE CITY OF PHILADELPHIA et al** |
| 2:13-cv-05750-PD<br>**O'MARA v. LICIARDELLO et al** |
| 2:13-cv-05751-PD<br>**ELLENCRIG v. LICIARDELLO et al** |

| |
|---|
| 2:13-cv-05752-PD<br>**BARNES et al v. WALKER et al** |
| 2:13-cv-05753-PD<br>**GRAVES v. DMYTRYK et al** |
| 2:13-cv-05754-PD<br>**PICHARDO v. SPICER et al** |
| 2:13-cv-06184-RBS<br>**MILLS v. THE CITY OF PHILADELPHIA et al** |
| 2:13-cv-06221-MMB<br>**HOWARD v. CITY OF PHILADELPHIA et al** |
| 2:13-cv-06304-PD<br>**LOZADA v. CITY OF PHILADELPHIA et al** |
| 2:13-cv-06311-LDD<br>**ADAMS v. CITY OF PHILADELPHIA et al** |
| 2:13-cv-06554-SD<br>**DAVIS v. THE CITY OF PHILADELPHIA et al** |
| 2:13-cv-06814-PD<br>**DESHIELDS v. REYNOLDS et al** |
| 2:13-cv-07114-ER<br>**MARTINEZ v. CITY OF PHILADELPHIA et al** |
| 2:13-cv-07370-JP<br>**WHITE v. THE CITY OF PHILADELPHIA et al** |
| 2:14-cv-00236-PD<br>**PARKER v. CITY OF PHILADELPHIA et al** |
| 2:14-cv-01311-PD<br>**LEE et al v. CITY OF PHILADELPHIA et al** |
| 14-1365 |